**1638 PFANNER vs. PENNEY (Drain Comr.), No. 13388.**

To compel respondent to proceed to let certain contracts for cleaning out, deepening, widening and extending a certain drain and make an assessment therefor.

Denied April 4, 1893, without costs.

The answer alleged that respondent had resigned the office of drain commissioner March 9, 1893, and that another had been appointed in his stead.